```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and ANNA
GUTSIN, in her fiduciary capacity as
Director,

       Petitioners,

- against -

TRICON ENTERPRISES, INC.,

       Respondent.

24-CV-4944(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  On July 1, 2024, Petitioners filed a Petition to Confirm Arbitration. (See Dkt. No. 1.) Petitioners did not submit a memorandum of law in support of their Petition. Accordingly, it is hereby

  **ORDERED** that Petitioners submit a memorandum of law in support of their Petition to Confirm Arbitration within two (2) weeks of the date of this Order in accordance with this Court's Individual Rule of Practice II.D.1. In light of the fact that the Petition is unopposed, Petitioners shall submit their memorandum in the form of a letter brief no longer than three single-spaced pages.

**SO ORDERED.**

Dated:  January 28, 2025
     New York, New York

                 _____
                 Victor Marrero
                 U.S.D.J.