**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND, and ANNA
GUTSIN,

                    Petitioners,

-against-

TRICON ENTERPRISES, INC.,

                    Respondent.
------------------------------------------------------------------X

24 **CIVIL** 4944 (VM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 11, 2025, the Petition (Dkt. No. 1) of Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Program Fund, and Anna Gutsin, in her fiduciary capacity as Director, for confirmation of the Opinion and Default Award dated July 4, 2023 (the "Arbitration Award") is GRANTED; it is further ORDERED that judgment against respondent Tricon Enterprises, Inc. ("Respondent") is entered in the amount of $324,511.84; and it is further ORDERED that the Clerk of Court award Petitioners post-judgment interest that will accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry of this judgment until the judgment is paid; accordingly, the case is closed.

**Dated**: New York, New York
       January 8, 2026

                                TAMMI M. HELLWIG
                                _____
                                   Clerk of Court

                     BY:
                                   _____
                                   Deputy Clerk